```
            IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                DIVISION OF ST. THOMAS AND ST. JOHN
```

| | |
|---|---|
| TERESA TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No. 2014-25 |
| | ) |
| RON PATRICK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ATTORNEYS:

**Teresa Taylor**
   *Pro se plaintiff,*

**Treston E. Moore, Esq.**
Moore, Dodson & Russell, P.C.
St. Thomas, VI
   *For Sibs, The Bistro and Ron Patrick.*

## ORDER

**GÓMEZ, J.**

Before the Court is the amended complaint of Teresa Taylor ("Taylor").

On March 3, 2014, Taylor filed a complaint in this matter alleging several Title VII violations. Taylor also filed a motion for leave to proceed *in forma pauperis*. On July 15, 2014, the Magistrate Judge granted Taylor's motion for leave to proceed *in forma pauperis*.

*Taylor v. Patrick*
Civil No. 2014-25
Order
Page 2

On April 8, 2015, Taylor filed an amended complaint. The amended complaint asserted claims against Ron Patrick ("Patrick") and Robin Hitchcock ("Hitchcock").

On May 20, 2015, Patrick moved to dismiss the complaint. On March 23, 2016, the Court granted Patrick's motion. The Court held that Taylor had not adequately pled that Patrick was an "employer" for the purposes of a Title VII claim. Accordingly, the Court dismissed Taylor's claims against him.

Taylor was granted leave to file an amended complaint no later than 3:00 P.M. on March 31, 2016. On March 30, 2016, Taylor moved for an extension of time to file a second amended complaint.

On March 8, 2017, the Court *sua sponte* dismissed Taylor's claims against Hitchcock. On that date, the Court also granted Taylor's motion for an extension of time to file a second amended complaint. The Court granted Taylor leave to file a second amended complaint no later than March 22, 2017. To date, Taylor has not filed a second amended complaint.

The premises considered, it is hereby

**ORDERED** that Teresa Taylor's amended complaint is **DISMISSED**; it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case; and it is further

*Taylor v. Patrick*
Civil No. 2014-25
Order
Page 3

  **ORDERED** that all pending motions are **MOOT.**


                 S\_____
                  **Curtis V. Gómez**
                  **District Judge**